Fontaine El Devon Camper / T814129
Name and Prisoner/Booking Number

Towers Jail
Place of Confinement

3127 W. Gibson Lane
~~3250 W. Lower Buckeye Road~~
Mailing Address

Phoenix, AZ 85009
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED ✓   ___ LODGED
___ RECEIVED   ___ COPY

MAR 13 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Fontaine El Devon Camper
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Mesa Police Department,
(Full Name of Defendant)

(2) Paul Pazone,

(3) Nichlos Saccone,

(4) _____,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV23-00438-PHX-SMB--JFM
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
BY A PRISONER

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Mesa, Arizona

3.

Revised 12/1/20

1

**550/555**

## B. DEFENDANTS

1. Name of first Defendant: **Mesa Police Department**. The first Defendant is employed as: _____ at _____
   (Position and Title) (Institution)

2. Name of second Defendant: **Paul Pazone**. The second Defendant is employed as: **Sherriff, Sherriff** at **Maricopa County Jail**.
   (Position and Title) (Institution)

3. Name of third Defendant: **Nichlos Saccone**. The third Defendant is employed as: **Judge** at **United States District court**.
   (Position and Title) (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____
   (Position and Title) (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? **1**. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: **Fontaine ElDevon Camper** v. **Paul Pazone**
      2. Court and case number: **US District Court  3 CV-23-00264-PHX-SMB(JFM)**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **Still pending**

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

### D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Excessive Force & Right to privacy.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On April 20th 2022, I (Fontaine) put my girlfriend (Ashlie Hoopingarner) in the passager seat of my Ford Taurus 2001 SES & went to the trunk to put away my clothes. When a unmarked green or blue car pulled up on me & started opening fire on me as I tried to run away from the chaos to the safety of the time believed was my car. They continued to open fire & shot my 11 times in my back, both buttocks, rib cage (left) & my hip. They tazed my 3 times & also failed to take me to the hospital even after paramedics said my blood pressure was extreme high & I stated "I have seizures & a TBI (tramatic brain injuries)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Shots wounds to rib cage, left arm, upper back and lower. Also shots wounds to left hip, left buttocks & right total of 11 shots wounds

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count I?  ☐ Yes  ☒ No
   c. Did you appeal your request for relief on Count I to the highest level?  ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Incident happen when I was out of custody.

## COUNT II

1. State the constitutional or other federal civil right that was violated: __equality__

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

   ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
   ☐ Excessive force by an officer ☒ Threat to safety ☐ Other:____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I stayed & am housed at Lower Buckeye Jail & they have Black mold on the walls, ceiling, showers & in the vents. I have asthma & high blood pressure which make it hard to breathe & the state water (not filtered) breaks my skin out in exsama.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Shallow Breathing, Exsama on face & both arms.

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes  ☐ No
   2. Did you submit a request for administrative relief on Count II? ☒ Yes  ☐ No
   3. Did you appeal your request for relief on Count II to the highest level? ☒ Yes  ☐ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ____

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: __Violation of Due process__

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

   ☐ Basic necessities  ☐ Mail  ☐ Access to the court  ☐ Medical care
   ☐ Disciplinary proceedings  ☐ Property  ☐ Exercise of religion  ☐ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: __Due proccess__

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Judge Nichlos Saccone suspended all three sentences (CR2022-139310-001SE, CR2022-141070-001DT & CR2018-131847-001SE) under/to ADULT PROBATION DEPARTMENT. Now by Law / definition of suspended sentence means Delay happen later or deffer. But I am still here on March.06.23 when I was supposed to get released on 01.05.2023. I'll like to be released so I can live my life & also I suffered mental problems from still being incarcerated

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☐ No
   2. Did you submit a request for administrative relief on Count III?  ☐ Yes  ☐ No
   3. Did you appeal your request for relief on Count III to the highest level?  ☐ Yes  ☐ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

### E. REQUEST FOR RELIEF

State the relief you are seeking:

I want to be paid for pain & suffering from Mesa Police Department for excessive force by officers & right to privacy for unlegal searched. I will settle at $200,000 for pain & suffering & $35 million dollars for excessive force by officers & right to privacy for unlegal search. Also $200,000 for pain & suffering from Paul Pazone. Also $3.5million for Due process failure.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03-06-2023
DATE

SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE
## INMATE LEGAL SERVICES

# **CERTIFICATION**

I hereby certify that on this date _____**March 7, 2023**_____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

\_\_\_ Hon _____ United States District Court, District of Arizona.

\_\_\_ Hon _____ United States District Court, District of Arizona.

\_\_\_ Attorney General, State of Arizona, _____

\_\_\_ Judge _____ Superior Court, Maricopa County, State of Arizona.

\_\_\_ County Attorney, Maricopa County, State of Arizona _____

\_\_\_ Public Defender, Maricopa County, State of Arizona _____

\_\_\_ Attorney _____

\_\_\_ Other _____

_[signature]_     A7879

Legal Support Specialist Signature     S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009